

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2015

<u>By Federal Express and ECF</u>

Adam D. Perlmutter, Esq.
Daniel A. McGuinness, Esq.
260 Madison Avenue, Suite 1800
New York, New York 10016

Peter E. Quijano, Esq.
Anna N. Sideris, Esq.
Quijano & Ennis, P.C.
40 Fulton Street, 23rd Floor
New York, New York 10038

Albert Dayan, Esq.
8002 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415

Lee A. Ginsberg, Esq.
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

   Re: United States v. Abdurasul Juraboev, et al.
     <u>Criminal Docket No. 15-95 (WFK)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced case. The enclosed discovery is being produced pursuant to the Stipulations and Protective Orders entered by the Court with respect to each defendant. Enclosed are discs, Bates-numbered 1000 and 1001, containing the following materials:

1. Subpoena returns for Abror Habibov from Facebook, Ebay, Paypal, Equifax, Experian, Moneygram, T-Mobile, TransUnion, and Yahoo;
2. Subpoena returns for Abdurasul Juraboev from Cablevision, T-Mobile, Google, Federal Reserve Bank, and Western Union;
3. Subpoena returns for Dilkyot Kasimov from Orbitz and T-Mobile;
4. Subpoena returns for Akhror Saidakhmetov from T-Mobile, Facebook, Sprint, Google, and Cablevision;

     5. Subpoena returns for Akmal Zakirov from AT&T;
     6. Text messages gathered through the investigation; and
     7. Redacted transcripts of various telephonic communications gathered through the investigation.

Any additional discovery will be provided to you as it becomes available. Additionally, please provide at your earliest convenience a one terabyte hard drive to government counsel, so that additional electronic discovery can be copied and produced to you in short order. The government hereby also requests reciprocal discovery.

If you have any questions or further requests, please do not hesitate to contact me.

        Very truly yours,

        ROBERT L. CAPERS
        United States Attorney

By:   /s/ Alexander A. Solomon
        Alexander A. Solomon
        Douglas M. Pravda
        Peter M. Baldwin
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures

cc:   Clerk of the Court (WFK) (by ECF) (without enclosures)