

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 11, 2016

By Hand Delivery and ECF

Lee A. Ginsberg, Esq.
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

      Re:    United States v. Akmal Zakirov
               Criminal Docket No. 15-95 (WFK)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced case. The enclosed discovery is being produced pursuant to the Stipulations and Protective Orders entered by the Court with respect to each defendant. Enclosed is a hard drive containing forensic copies of digital devices recovered from your client. The password to allow you to access the materials on the hard drive will be provided under separate cover. Any additional discovery will be provided to you as it becomes available. The government hereby requests reciprocal discovery. If you have any questions, please do not hesitate to contact me.

                Very truly yours,

                ROBERT L. CAPERS
                Acting United States Attorney

      By:    /s/ Peter W. Baldwin
           Peter W. Baldwin
           Alexander A. Solomon
           Douglas M. Pravda
           Assistant U.S. Attorneys
           (718) 254-7000

Enclosures
cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)