

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 19, 2016

By Hand Delivery and ECF

Adam D. Perlmutter, Esq.
Daniel A. McGuinness, Esq.
260 Madison Avenue, Suite 1800
New York, New York 10016

Peter E. Quijano, Esq.
Anna N. Sideris, Esq.
Quijano & Ennis, P.C.
40 Fulton Street, 23rd Floor
New York, New York 10038

Albert Dayan, Esq.
8002 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415

Lee A. Ginsberg, Esq.
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

   Re: United States v. Abdurasul Juraboev, et al.
      Criminal Docket No. 15-95 (WFK)

Dear Counsel:

   The government hereby memorializes its disclosure yesterday, February 18, 2016, of the additional classified discovery materials discussed at the February 11, 2016 status conference in the above-captioned case. These materials are covered by any and all discovery orders previously entered into in this case. If you have any questions or further requests, please do not hesitate to contact me

      Very truly yours,

      ROBERT L. CAPERS
      Acting United States Attorney

   By: /s/ Peter W. Baldwin
      Peter W. Baldwin
      Alexander A. Solomon
      Douglas M. Pravda
      Assistant U.S. Attorneys
      (718) 254-7000

cc: Clerk of the Court (WFK) (by ECF) (without enclosures)