# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

———

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696

April 18, 2016

**BY ECF**
Honorable William F. Kuntz, II
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States v. Akmal Zakirov**
**15 CR 95**

Your Honor:

Please be advised that on Sunday, April 17, 2016, while visiting my client at the MDC in Brooklyn, he advised me that he no longer wishes to have me represent him. There have been ongoing issues between us for some time and he believes that he would be better represented by another lawyer. I advised Mr. Zakirov that I would write to the court and he advised me that he had already written a letter to the court but had not yet mailed it and would allow me to notify Your Honor.

I await notification from the court as to how Your Honor wishes to proceed.

Respectfully,

/S/ Lee Ginsberg

Lee Ginsberg

cc: All counsel by ECF