DMP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

AKHROR SAIDAKHMETOV,
ABROR HABIBOV,
AZIZJON RAKHMATOV,
    also known as "Abdulaziz"
    and "Abdul Azizz,"
AKMAL ZAKIROV and
DILKHAYOT KASIMOV,

        Defendants.

- - - - - - - - - - - - - - -X

UNSEALING ORDER

Docket No. CR 15-95 (S-3)(WFK)

    Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Douglas M. Pravda, for an order unsealing the third superseding indictment in the above-captioned case.

    WHEREFORE, it is ordered that the third superseding indictment be unsealed.

Dated:    Brooklyn, New York
          May 11, 2016

                                *s/James Orenstein*

                                HONORABLE JAMES ORENSTEIN
                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF NEW YORK