# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE Robert Levy          DATE: 7/28/16

DOCKET NUMBER: 15 CR 95 (WFK)          LOG # 11:11 - 11:13

— DEFT NAME: Akhror Saidakhmetov    ATTY: Adam Perlmutter
  ✓Present __Not Present ✓Custody __Bail    __Federal Defender __CJA __Ret

— DEFT NAME: Abror Habibov    ATTY: Peter Quijano + Jennifer Louis-Jeune
  ✓Present __Not Present ✓Custody __Bail    __Federal Defender __CJA __Ret

— DEFT NAME: Dilkhayot Kasimov    ATTY: Elizabeth Macedonio
  ✓Present __Not Present ✓Custody __Bail    __Federal Defender ✓CJA __Ret

— Deft: Akmal Zakirov → counsel Marion Seltzer + Josh Dratel

A.U.S.A.: Alex Solomon          DEPUTY CLERK: S Mynen

INTERPRETER: Nodira Madyekubov / Gangar Bahadjanov    (Language) Uzbek

____ Hearing held.    ____ Hearing adjourned to ____

____ Defendant was released on _____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.    Code Type____ Start____ Stop____

____ Order of Speedy Trial entered.    Code Type____ Start____ Stop____

____ Defendants' first appearance.    ✓ Defendants arraigned on the superseding indictment.

____ Defendants informed of rights.

✓ All 4 defendants entered NOT GUILTY PLEA to ALL counts of the superseding indictment.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS: _____