

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 9, 2016

<u>By Federal Express and ECF</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue, Suite 1800
New York, New York 10016
*Counsel for defendant Saidakhmetov*

Peter E. Quijano, Esq.
Anna N. Sideris, Esq.
Quijano & Ennis, P.C.
40 Fulton Street, 23rd Floor
New York, New York 10038
*Counsel for defendant Habibov*

Jennifer R. Louis-Jeune, Esq.
733 3rd Ave., 15th Floor
New York, New York 10017
*Counsel for defendant Habibov*

Elizabeth Macedonio, Esq.
80 Broad Street, Suite 1900
New York, New York 10004
*Counsel for defendant Kasimov*

Marion A. Seltzer, Esq.
1725 York Avenue, Suite 16A
New York, New York 10128
*Counsel for defendant Zakirov*

Joshua Dratel, Esq.
29 Broadway, Suite 1412
New York, New York 10006
*Counsel for defendant Zakirov*

Jeremy Schneider, Esq.
Rothman, Schneider, Soloway & Stern LLP
100 Lafayette Street, Ste. 501
New York, New York 10013
*Counsel for defendant Rakhmatov*

      Re:    United States v. Akhror Saidakhmetov, et al.
                <u>Criminal Docket No. 15-95 (WFK)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced case.

The enclosed discovery is being produced pursuant to the Stipulations and Protective Orders entered by the Court with respect to each defendant.  Enclosed are five discs (Bates numbered USA 15-CR-95 08-09-2016 DVD 1 to USA 15-CR-95 08-09-2016 DVD 5) containing: (1) recordings of consensually-monitored telephone calls involving, among others, certain of the defendants; (2) your own client's calls and emails obtained from the Metropolitan Correctional Center and the Metropolitan Detention Center[1]; (3) materials related to various Internet posts and activity by defendants Saidakhmetov and Juraboev (as requested in Mr. Perlmutter's June 24, 2016 discovery letter).  Any additional discovery will be provided to you as it becomes available.  The government hereby also requests reciprocal discovery.  If you have any questions or further requests, please do not hesitate to contact me.

        Very truly yours,

        ROBERT L. CAPERS
        Acting United States Attorney

By:   /s/ Peter W. Baldwin
        Peter W. Baldwin
        Alexander A. Solomon
        Douglas M. Pravda
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)

---

[1] The government has not reviewed emails between the defendants and their counsel.