UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | N O T I C E |
| - against - | 15-CR-95 (S-3) (WFK) |
| AZIZJON RAKHMATOV,<br>    also known as "Abdulaziz"<br>    and "Abdul Azizz," and<br>AKMAL ZAKIROV | |
| Defendants. | |

- - - - - - - - - - - - - - X

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney Bridget M. Rohde, Acting United States Attorney for the Eastern District of New York, hereby provides notice to defendants AZIZJON RAKHMATOV and AKMAL ZAKIROV, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated: September 7, 2017
Brooklyn, New York

        Respectfully submitted,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:   /s/ Alexander A. Solomon
       Alexander A. Solomon
       Douglas M. Pravda
       Peter W. Baldwin
       David Kessler
       Assistant U.S. Attorneys
       (718) 254-7000

cc: Clerk of Court (WFK) (by ECF and hand)
     All defense counsel (by ECF)