

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 18, 2017

<u>By ECF</u>

Honorable William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Juraboev
     <u>Criminal Docket No. 15-95 (WFK)</u>

Dear Judge Kuntz:

  By this letter, the government requests an adjournment of the sentencing hearing in the above-captioned case, currently scheduled for October 20, 2017. The government makes this request to allow for additional time to prepare its sentencing submission and to respond to the defendant's sentencing submission, which was filed on October 13, 2017 (<u>see</u> Docket Number 238). If the Court grants this request, the government requests that the sentencing be adjourned to October 27, 2017, at 1:00 p.m. This date and time has been cleared with the Court's deputy clerk. Thank you for attention to this matter.

         Respectfully submitted,

         BRIDGET M. ROHDE
         Acting United States Attorney

     By: /s/ Peter W. Baldwin
        Peter W. Baldwin
        Assistant U.S. Attorney
        (718) 254-7000

cc: Defense counsel for Defendant Juraboev (by ECF)
   Clerk of the Court (WFK) (by ECF)

**Other Documents**

1:15-cr-00095-WFK USA v. Juraboev et al

# U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Baldwin, Peter on 10/18/2017 at 5:09 PM EDT and filed on 10/18/2017
**Case Name:** USA v. Juraboev et al
**Case Number:** 1:15-cr-00095-WFK
**Filer:**
**Document Number:** 241

**Docket Text:**
**Letter *re: Request to Adjourn Sentencing Hearing* as to Abdurasul Hasanovich Juraboev (Baldwin, Peter)**

**1:15-cr-00095-WFK-1 Notice has been electronically mailed to:**

Alexander A. Solomon    alexander.solomon@usdoj.gov, USANYE-CRDOCKET@usdoj.gov

David K. Kessler    david.kessler@usdoj.gov, caseview.ecf@usdoj.gov

Douglas M. Pravda    douglas.pravda@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Lisa Hoyes    lisa_hoyes@fd.org, edny_ecf@yahoo.com, lisa.e.hoyes@gmail.com

Michael Daniel Weil    michael_weil@fd.org, EDNY_ECF@YAHOO.COM, michaeldweil@hotmail.com

Peter W. Baldwin    peter.baldwin@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Sabrina P. Shroff    sabrina_shroff@fd.org

**1:15-cr-00095-WFK-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/18/2017] [FileNumber=12241700-0
] [1d98e84aaeb2c0e57482319232be62956bbab0163d9f00f78d388bb2a969b036fb2
69e5baed49b1f972d83453084a088805eb0dbc8463a72e93842cbecbaec3c]]