

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 3, 2017

<u>By ECF</u>

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Akmal Zakirov
     <u>Criminal Docket No. 15-95 (WFK) </u>

Dear Judge Kuntz:

  By this letter, the government confirms that it does not object to defendant Akmal Zakirov's request to adjourn the guilty plea in the above-captioned matter. The government has confirmed with the Court that the guilty plea will be adjourned to December 8, 2017 at 12:00 p.m. Further, based on the ongoing plea negotiations and the Court's previous designation of this case as complex, the parties jointly request that the Court exclude time for defendant Zakirov between November 20, 2017, and December 8, 2017.

         Respectfully submitted,

         BRIDGET M. ROHDE
         Acting United States Attorney

     By: <u>/s/ Peter W. Baldwin </u>
        Peter W. Baldwin
        Assistant U.S. Attorney
        (718) 254-7000

cc: Defense counsel for Defendant Zakirov (by ECF)
   Clerk of the Court (WFK) (by ECF)