**MARION SELTZER**
Attorney-at-Law
1725 York Avenue - Suite 16B
New York, New York 10128

Telephone: (212) 289-8798          Email: MarionSeltzer23@gmail.com
Florida:(561) 508-3951                         cell: (917) 922-8640

March 9, 2018

Hon William F. Kuntz
, U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

By ECF
Re:     United States v Akmal Zakirov, 15 CR 95 (WFK)

Dear Judge Kuntz,

    I write to request that I be excused from being present in court on March 16, 2018 when my client Mr. Zakirov is expected to plead guilty.  My co-counsel Joshua Dratel, Esq. who has also been assigned by the court in this case will be handling the plea.  Because of continuing issues relating to the plea agreement in this case, the plea date has been adjourned several times. This last date, March 16th unfortunately is a day that I am scheduled to be away from New York.

    I appreciate your consideration in this matter.

Respectfully yours,

*Marion Seltzer*

Copy: Joshua Dratel, Esq.
     AUSA Alex Solomon