US District Court  
Chamber of Judge William F. Kuntz, II  
Brooklyn, NY, 11201

March 22, 2018

Your Honor,

    I respectfully ask to take back my plea. My counsel, Mr. Dratel, showed me the agreement on March 14, at around 6 p.m. Our meeting lasted only for 2-3 minutes without a translator, when Mr. Dratel abruptly left. He didn't go over the agreement with me and I wasn't able to ask him some important questions.

    I consider myself to have a good command of English, but I still needed Mr. Dratel and translators help to fully understand the document filled with legal terms and important details.

    I previously refused several times to plead guilty that resulted in numerous postponements.

    I was afraid and under duress to plead guilty because if I wouldn't, I feared that another postponement would make me look bad in Your and AUSAs' eyes and that it would negatively affect me in the future.

Respectfully  
Akmal Zakirov

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ APR - 2 2018 ★  
BROOKLYN OFFICE

RECEIVED  
APR 03 2018  
PRO SE OFFICE

Akmal Zakirov (85928053)
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY, 11232

Chamber of Judge William F. Kuntz, II
US District Court EDNY
225 Cadman Plz E
Brooklyn, NY, 11201